UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                                23 cr 627 (JGK)

KENNETH GRANDISON,
                       Defendant.
-------------------------------------------------------------X

       It is hereby ordered that Lance A. Clarke, Esq., be appointed as counsel for the defendant, Kenneth Grandison, for purposes of the pending violation of supervised release.

**SO ORDERED.**

                                                          _____
                                                              **JOHN G. KOELTL**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         May 20, 2024