UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      - against -                  23-cr-627 (JGK)

KENNETH GRANDISON,              ORDER

                 Defendant.
_____

JOHN G. KOELTL, District Judge:

    A hearing in this matter is scheduled for **September 16, 2024**, at **11:00 a.m.**

SO ORDERED.

Dated:    New York, New York
          August 6, 2024

                            John G. Koeltl
                 United States District Judge