

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 7, 2024

**By ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

8/8/24    John G. Koeltl, U.S.D.J.

**Re: *United States v. Kenneth Grandison*, 23 Cr. 627 (JGK)**

Dear Judge Koeltl:

    The Government submits this letter, with the consent of the United States Probation Office ("Probation"), to respectfully request that internal chronologies maintained by Probation, detailing Kenneth Grandison's supervision, and any other records and reports relating to drug testing and treatment of Mr. Grandison while on supervised release, be unsealed. The Court has scheduled a revocation hearing in this case for September 16, 2024, and Probation has indicated that they have information relevant to the Specifications set forth in the May 10, 2024 Violation Report contained within their chronologies and records. In addition, the Government anticipates calling a Probation Officer to testify at the hearing.

    Accordingly, the Government respectfully requests that the Court enter an order unsealing these chronologies and related records and reports in advance of the hearing.[1]

                Respectfully Submitted,

                DAMIAN WILLIAMS
                United States Attorney

By:

                Adam Z. Margulies
                Assistant United States Attorney
                (212) 637-2345

Cc:    Daniel McGuinness, Esq., counsel for defendant Kenneth Grandison
        U.S. Probation Officer Stephanie Zhang (by email)

---

[1] Once in possession of the files, the Government will disclose them to the defense pursuant to the Government's obligations under Rule 32.1 of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3500 and/or pursuant to the Government's obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150, 154 (1972).