

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 12, 2024

**By ECF and e-mail**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

9/4/24    John G. Koeltl, U.S.D.J.

Re: *United States v. Kenneth Grandison*, 23 Cr. 627 (JGK)

Dear Judge Koeltl:

The Government submits this letter, with the consent of the United States Probation Office ("Probation") and the defendant, requesting an approximately one-month adjournment of the revocation hearing that is currently scheduled for September 16, 2024, at 11:00 a.m. Probation Officer Stephanie Zhang, whom the Government expects to call as a witness at the revocation hearing, has informed the parties that she is unavailable on September 16, 2024. The Government has conferred with Probation, defense counsel, and Chambers, and understands that the parties, Probation, and the Court are available on Monday, October 21, 2024, at 2:30 p.m.

Accordingly, the Government respectfully requests that the revocation hearing in this matter be adjourned to October 21, 2024, at 2:30 p.m.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Adam Z. Margulies
Assistant United States Attorney
(212) 637-2345

Cc:   Daniel McGuinness, Esq., counsel for defendant Kenneth Grandison (by ECF and email)
      U.S. Probation Officer Stephanie Zhang (by ECF and email)