UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-                                                   23 cr 627 (JGK)

KENNETH GRANDISON,
                            Defendant.
-------------------------------------------------------------X

       It is hereby ordered that Cesar de Castro, Esq., is appointed as counsel for the defendant, Kenneth Grandison, for all purposes, replacing Daniel A. McGuinness, Esq.

**SO ORDERED.**

                                                                       **JOHN G. KOELTL**
                                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 21, 2024