UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-

KENNETH GRANDISON,
                      Defendant.
-------------------------------------------------------------X

23 cr 627 (JGK)

**ORDER**

For the reasons stated on the record, supervised release for the defendant, Kenneth Grandison, is modified as follows:

The defendant shall have no contact with anyone from Daytop for any reason, unless with any specific approval of the Probation Department. Any transfer of records from Daytop shall be via the defendant's attorney.

**SO ORDERED.**

                                                                 **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 21, 2024