# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

December 12, 2024

*Via* ECF

The Honorable John J. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> *Application granted. Surrender date extended to December 20, 2024 and reimbursement for travel expense authorized. So ordered*
> *[signature] 12/17/24 U.S.D.J.*

Re:   *United States v. Grandison*, 23 Cr. 627 (JGK)

Dear Judge Koeltl,

I write to request that the Court delay Mr. Grandison's surrender date by one week, to December 20, 2024, and authorize the reimbursement for Mr. Grandison's travel to his designated facility.

As the Court is aware, on November 18, 2024, Mr. Grandison pled guilty to violating the conditions of his supervised release. The Court sentenced him to 48 months' imprisonment and permitted him to surrender to the facility designated by the Bureau of Prisons on December 13, 2024. Last Thursday, December 5, 2024, Mr. Grandison was informed that he has been designated to Federal Correctional Institution ("FCI") Ray Brook to serve his sentence.

FCI Ray Brook is near the New York/Canadian border, a little over 280 miles from the Bronx, New York, where Mr. Grandison lives. On public transportation, it appears that the trip to FCI Ray Brook would take Mr. Grandison approximately 12. For the last week, Mr. Grandison has been attempting to arrange travel to FCI Ray Brook. Unfortunately, Mr. Grandison does not have someone to drive him there. Additionally, he does not have the sufficient funds to pay for his travel to FCI Ray Brook. The undersigned could, however, purchase Mr. Grandison's mass transit tickets (bus or rail) for him, if reimbursed.

Accordingly, I respectfully request that Your Honor delay Mr. Grandison's surrender date by one week, to December 20, 2024, and authorize the reimbursement for Mr. Grandison's travel to FCI Ray Brook.

Respectfully submitted,

/s/

César de Castro


cc:    Adam Margulies
       Assistant United States Attorney

       Stephanie Zhang
       Probation Officer - SDNY